■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MANUEL VELEZ, Appellant. [720 NYS2d 364] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Spinner, J.), rendered October 27, 1999, convicting him of burglary in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Bracken, Acting P. J., S. Miller, McGinity and Schmidt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID WILLIAMS, Appellant. [720 NYS2d 375] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated January 17, 1983 (*People v Williams,* 91 AD2d 1028), affirming a judgment of the Supreme Court, Westchester County, rendered December 17, 1980.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Bracken, Acting P. J., O'Brien, Ritter and Santucci, JJ., concur.